UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| LAVON DYSON, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>ST. CHARLES COUNTY, )<br>)<br>Defendant. ) | Case No. 4:25-cv-01548-MTS |

## MEMORANDUM AND ORDER

Before the Court is Plaintiff Lavon Dyson's Application to Proceed in District Court Without Prepaying Fees or Costs. Doc. [2]. The Court must deny Plaintiff's Application because he failed to provide a certified copy of his trust fund account statement (or institutional equivalent) for the six-month period immediately preceding the filing of his Complaint. *See* 28 U.S.C. § 1915(a)(2); *see also Koenig v. Mo. Dep't of Corr.*, 4:23-cv-1524-MTS, 2024 WL 277939, at *2 (E.D. Mo. Jan. 25, 2024) (discussing the mandatory nature of § 1915(a)). Plaintiff must either (1) comply with 28 U.S.C. § 1915(a) by carefully completing[*] and submitting an amended application along with a certified copy of his trust fund account statement; or (2) prepay the $405 filing fee in its entirety. If Plaintiff fails to timely do one of the two, the Court will dismiss this action without further notice.

---

[*] The statements Plaintiff makes on the form application are made under penalty of perjury. As the form warns, a false statement on the application may result in the dismissal of Plaintiff's claims. *See, e.g.*, *Hudson v. Malone*, 4:25-cv-0189-MTS, 2025 WL 2243698, at *2 (E.D. Mo. Aug. 8, 2025).

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff Lavon Dyson's Application to Proceed in District Court Without Prepaying Fees or Costs, Doc. [2], is **DENIED** without prejudice.

**IT IS FURTHER ORDERED** that, no later than **Thursday**, **January 08, 2026**, Plaintiff shall submit an amended application to proceed in district court without prepaying fees or costs *and* submit a certified copy of his trust fund account statement or shall prepay the $405 filing fee in its entirety.  **The failure to do so will result in the dismissal of this action without further notice.**

**IT IS FINALLY ORDERED** that the Clerk of Court is respectfully directed to mail Plaintiff an extra copy of this Memorandum and Order in an effort to assist him in retrieving his certified statement, in compliance with federal law, from the requisite official with the St. Charles County Department of Corrections.

Dated this 24th day of November 2025.

_____
MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE