UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| LAVON DYSON, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case No. 4:25-cv-01548-MTS |
| ST. CHARLES COUNTY, | ) ) ) |
| Defendant. | ) ) |

## MEMORANDUM OPINION

The Court previously ordered Plaintiff Lavon Dyson to "either (1) comply with 28 U.S.C. § 1915(a) by carefully completing and submitting an amended application along with a certified copy of his trust fund account statement; or (2) prepay the $405 filing fee in its entirety." Doc. [3] (footnote omitted). The Court warned that if he failed to timely do one of the two, the Court would "dismiss this action without further notice." *Id.* Plaintiff filed a largely incomplete application and provided only an uncertified copy of his account statement. Because Plaintiff did not comply with the Court's order or seek more time to do so, the Court will dismiss this action without prejudice. *See* Fed. R. Civ. P. 41(b); *Hutchins v. A.G. Edwards & Sons, Inc.*, 116 F.3d 1256, 1259 (8th Cir. 1997) ("A district court has the power to dismiss a litigant's cause of action when the litigant fails to comply with the court's orders."). Therefore, the Court will enter herewith an Order of Dismissal.

Dated this 10th day of February 2026.

MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE